In the Matter of the Arbitration Proceedings of SAMUEL HOUGHTON COX and DAVID B. CROCKETT.— Motion for leave to appeal to the Court of Appeals or

for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.